IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JULIUS BONDS, JR.,

       Petitioner,        ORDER

  v.               09-cv-506-bbc

GREGORY GRAMS, Warden,
Columbia Correctional Institution,

       Respondent.

---

  Petitioner Julius Bonds, Jr., has filed a motion to transfer his habeas corpus petition to the United States District Court for the Eastern District of Wisconsin. Petitioner asserts that that court should hear his case because he is challenging a judgment of conviction entered by the Circuit Court for Brown County, which is located in the Eastern District.

  Petitioner's motion will be denied. Under 28 U.S.C. § 2241(d), a habeas petition may be filed either in the district court for the district in which the court of conviction is located *or* in the district in which petitioner is in custody. Petitioner is in custody at the Columbia Correctional Institution, which is located in this district. Accordingly, this court may hear the petition.

ORDER

IT IS ORDERED that the motion of Julius Bonds, Jr. for an order transferring this case to the district court in the Eastern District of Wisconsin is DENIED.

Entered this 13th day of January, 2010.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge