IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIUS BONDS, JR.,

    Petitioner,

v.

GREGORY GRAMS, Warden,
Columbia Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-506-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing with prejudice the petition for a writ of habeas corpus.

_____       4/28/10
Peter Oppeneer, Clerk of Court          Date